# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Judy Murphy, | ) |
| | ) |
|        Plaintiff, | ) COURT FILE NO.: 0:16-cv-03778-RHK-FLN |
| v. | ) |
| | ) |
| Synchrony Bank, | ) |
| | ) |
|        Defendant. | ) |

## DEFENDANT SYNCHRONY BANK'S MOTION TO STAY PROCEEDINGS PENDING RULING BY THE D.C. CIRCUIT COURT OF APPEALS

Defendant Synchrony Bank ("Synchrony"), by counsel, hereby moves the Court for an Order staying this action pending the outcome of the consolidated appeal of *ACA International* before the D.C. Circuit Court of Appeals.  The D.C. Circuit is expected to rule in the near future regarding the definition of an "automatic telephone dialing system" under the Telephone Consumer Protection Act, and such ruling may be dispositive of many, if not all, of the claims in this case.  47 U.S.C. § 227.  A stay is appropriate here so that the parties and this Court may receive clarity on these issues before further time and expense is incurred.

This Motion is or will be supported by a memorandum of law, declaration(s) and exhibits thereto, arguments of counsel at the time of any hearing, and upon the files, records and proceedings herein.

WHEREFORE, Defendant Synchrony Bank respectfully requests that the Court stay these proceedings until the decision in the consolidated appeal before the D.C. Circuit in *ACA International*, and grant such other additional relief as may be just and proper.

- 2 -

DATED:  March 13, 2017                      Respectfully Submitted,

                                                By:     /s/Aaron B. Chapin
                                                Aaron B. Chapin (MN# 386606)

                                                REED SMITH, LLP
                                                10 South Wacker Drive
                                                Chicago, IL 60606-7507
                                                Telephone: (312) 207-1000
                                                Facsimile: (312) 207-6400
                                                achapin@reedsmith.com

                                                *Counsel for Synchrony Bank*