UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **JUDY MURPHY** | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |
| Plaintiff, | |
| vs. | Civil Action No.: 16-cv-03778-RHK-FLN |
| **SYNCHRONY BANK,** | Hon. Richard H. Kyle |
| | Magistrate Judge: Franklin L. Noel |
| Defendant. | |

I hereby certify that on March 14, 2017, I caused the following proposed order:

**Order Granting Synchrony Bank's Motion to Stay Proceedings Pending Ruling by the D.C. Circuit Court of Appeals**

to be filed with the court via email to the following judge who is hearing the motion:

The Honorable Franklin L. Noel, at:  *noel_chambers@mnd.uscourts.gov*

and I certify that I caused a copy of the proposed order to be emailed or mailed by first class mail, postage paid, as noted below, to the following:

>Bennett Hartz, Esq.,
>Walker & Walker Law Offices, PLLC
>via email: bennett@bankruptcytruth.com

Dated: March 14, 2017                                             s/ Aaron B. Chapin
                                                                                  Aaron B. Chapin