UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Murphy,　　　　　　　　　　　　　　　　Case No. 16-cv-3778
　　　　　　　　　　　　　　　　　　　　　　(RHK/FLN)

　　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

　　　　　v.

Synchrony Bank,

　　　　　Defendant.

---

Andrew Walker and Bennett Hartz for Plaintiff.
Aaron Chapin for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 27, 2017, on Defendant's Letter requesting leave to file a reply brief in support of its motion to stay proceedings ( ECF No. 27). Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's request is **DENIED**.

DATED: April 7, 2017　　　　　　　　　　*s/Franklin L. Noel*

　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge